In The United States District Court
Central District of Illinois

John G. Gilbert,
PLAINTIFF

v

Bob Jeffreys director Illinois department
of Corrections (Head IDOC), DR Carter Director
IDOC Medical dept., DR Mattick (Wexford)
Regional site Director Wexford Health Serves
Inc, DR Ritz Utilization Manager Wexford,
Health Sources Inc Pittsburgh PA., Dr. Li
Com President Wexford Health Sources Inc.,
(Wexford) Pittsburgh PA. Joe Ebbitt-
Director Legal Affairs, HIPPA, Risk
Director (Wexford) Pittsburgh PA.
DR Trostych Medical Director (Wexford) -
IDOC Western Illinois Correctional Head (Western),
Mrs Ashcraft Medical Administrator (Wexford),
IDOC (Western), P. Keane Adisni Director
(IDOC), Warden Hammers (Western), DR V Shah
Doctor (Wexford) (IDOC) Western, Wexford.
Health Sources Inc, Corporation, Nurse Practioners
Ms Britney, Ms Smith (Wexford), (IDOC) Western
DR Meyerson Mental Health DEFENDANTS
Director Wexford. IDOC Western [p. 1-11]

New
Case No:

Civil Complaint, Injuries, Damages
Relief, Permanent-Loss Function

Jury Trial demand
F.C.R.P. 38-b

* Attorney From Relief
"Adu-Site Medical Log Injures)

EFiled 231 pages
With Exhibits 42
TRO order - Stay order

In The United States District Cart
Central District of Illinois

John G. Gilbert,                          Case No.
                                          New
        v.

Illinois Department of Corrections
(IDOC) Director Rob Jeffreys, et.al., inj
ET ex.i. inn. Ref p. 1-1                  Jury Trial demand
                                          FCRP 38B

                                          221 pages w/ not Evidents

            Jury Demanded Trial
    Complaint For Money damages, Injuries, Pain


Plaintiff an Ada-SMI Medically disabled [ Medical kay In ] person,
through Jail house Inmate writter [ Not available, Complexity ], John
Gilbert Files under In Forma-Paupers Act. Against THE Following
Defendents For Money damages, Injuctive Relief, and Declatary
Relief do to Denied Medical Care Health and Safety Treatment,
Permnent Irreversable Injuries-Pain, Failure to protect Ada Acts,
States As Follow:


1. Plaintiff brings this lawsuit pursuant to 42 U.S.C. §1983-
and 1988 THE Civil Rights Act of 1871. This Cart has Jurisdiction

                    [ PA-211 ]

[* Second major Surger S.I.U. ( 9-3-19- 2-24-20 Medications Seizures-Attacks ]
[* 5-26-20 Dr. Stevens - 3-13-20 Retalitory Acts- 2nd Surgery Needed urgently]

## I  Jurisdiction

Under 28 U.S.C, 1331, and 1343-A-3. This Court Has Supplemental Jurisdiction over Plaintiffs State Law Claims pursuant to 28 U.S.C. SS 1367 (Pendent Jurisdiction). Plaintiff seeks Declatory Relief pursuant to 28 U.S.C, section 2201 and 2202. Plaintiff Claims For Injunctive relief are Authorized by 28 USC 2283 and 2284, Rule 65 Civil Procedure, Ada Act 42 USC SS 2133 - SS 12133, T

## II Venue

2. The Central District is Appropriate Venue Under 28 U.S.C, section 1391 B-2 because all Events or Omissions giving rise to the Claims occurred in this District,

## III. Plaintiff

3.  John Gilbert a Ada-SMI severally medically disabled (Medical-hey In-DR's Special ist) 2nd major surgery (S.I.U. Hospital-9-3-19, (Testicle-Groin-Prostate)-(Broken Ankle Rebuild-2-24-20], He is plagued by 17 medications daily ± of which are powerful Psycho Tropics-Pain, For a panoply of diseases-Injuries. Plaintiff resides ct Western Illinois Correctional Facility in a Single Cell for Safety and Security ["Western"] mt Sterling, Illinois, Denied Proper-Reasonable Care.
[ p 3 - 211 ]

[* Previous Rape-Assault (Western) - Assault By Staff ("Western") - Injuries Pain ]
9-5-19 - 3-12-20

4.   AT all Times Relevant to His Involment in This case DEFENDANT;
Cameron Watson was Former Warden of Western Correcting
Facility MT STERLING Illinois. (Here on "Western"). He was
Former Employee of Illinois department of Corections ("IDOC)
Terminated for Fabrications of Evidence, Investigations, Assaults,
on information and Belief. (RE:US Atty chgs", PRE.JISP, JG, AG)
Defendant (Watson) was responsible For Administration of facility,
Operations, and Oversight of Subbordinates - Employees - Staff -
and Heith and Safety of Inmates - Plaintiff Gilbert;
AT all Times Relevant to the Events described Herin, the Defendent
Acted and Continued to Act under Color of State Law,
Cameron Watson is Sued In His Indivual Capacity. And
was Acting within Scope of His Employement,



5.  AT all Times Relevant to His Case Involment. Defendant;
Warden Hammers ("Hammers") is Current Warden at (Western)
and employer of (IDOC). Defendant (Hammers) was responsible For
The Administrative, Operation, Oversight of Subbordinates Employes,
State Actors (Wexford Heith Sources Inc) And policies And
Practice of (Western). Defendant Hammers is Responsible for Heith
and Safety, Denied Medical Care Treatment of Plaintiff.
Retaulitory Acts, Conduct [RE - 2N]

"At all Times relevant to the Events described Herein, The Defendants Have Acted and Continue to Act under Color of State Law and within The Scope of His employement. MR Hammers is sues individual in His capacity, And official Capacities.

6. At all Times relevant to His Involvement in this case, Defendant Rob Jeffreys ("Jeffreys") was and is Director of Illinois Department of Corrections (IDOC). (Jeffrey's is Responsible For The Terminations, Administration, oversight, operations of all (IDOC) Facilities. Director (Jeffreys) was Responsible For special Implimentation, Administration, operation, Of The New Policies, practice at "Western Facility" do to said Investigations, Firening Reassignments. (Ref USA∇, FBI, FBSP, IG, AG, Governors office, I.S Perovfor.) At all Times Rob Jeffreys (Director) is responsible for Health-Safety-Medical Care of plaintiff MR Jeffreys Also Had First Hand Knowledge of Injories and Denied Medical (Surgries), At all Times relevant to The Events described Herein, The Defendants Have Acted and Continue to Act under Color of Law and within The Scope of His Employement. Rob Jeffreys is Sued in His Indivial Capacity, and official Capacities.
[ pg. - 211 ]

7. AT all Times Relevant to His Involvement in This Case, Defendant Lieutenant Jason Maher ("Maher") was and is Lieutenant over Internal Investigations of (Western) and Employee of (IDOC). Defendant Maher is Responsible for Fair and proper Investigation, Reporting, Operation, policies, practice of (IDOC). Defendant is Responsible for Health and Safety of Plaintiff. At all Times Relevant to The Events described herein, The Defendants Have Acted and Continue to Act under Color of State law, And within The Scope of His Employment. Jason Maher is Sued in his Individual Capacity, And official Capacities.

8. AT all Times Relevant to His Involvement in This Case, Defendant Officer Settles (Settles) was Assigned to (IA) Office (Western). (Settles) is Responsible for Fair, Honest, Investigations, Reporting at (Western). Settles was is Responsible for Health and Safety of plaintiff. At all Times Relevant to The Events described Herein, The Defendants Have Acted and Continue to Act under Color of State law and within The Scope of His Employment. a. Mr Settles is Sued in His Individual Capacity, and official Capacities.

[ p 6 211 ]

9.    AT all Times relevant to His Indulment in This Case,
Defendant Joe Ebbitt is Risk Manger, Director Risk Management,
HIPAA Compliance, And Legal Affairs For: WEXFORD HEALTH
Sources, Inc, ("WEXFORD") is a Pennsylvania Corporation That
provides Health Care, Health Care Professionals And Services
Contracted By (IDOC) (WESTERN) and other Correctional Facilities
in Illinois). (Ebbitt is responsible For establishing Company
Risk, policies, practice, with current medical standards, Regulations,
and Health and Safety of staff employes, Plaintiff daily.
(Wexford) was provider of ineffective Health Care - Current
with Medical Standards (noted in Wexford Records, Vendors Consults)
to Plaintiff And was Responsible For Permanent Irreversable
damage (Watkins) by (4) DR's Specialists (ref: Report Exhibits,
"AT all Times relevant to THE EVENTS Herein, THE Defendants
Have acted and Continue to Act under Color of STATE Law, and
Federal Law" within Scope of His employment. Joe Ebitt
is sued in His Individual Capacity, And official Capacities.



10.    AT all Times Relevant to His Indulment in Case, Defendant,
DR. V. SHAH M.D. WAS Medical Director For (WEXFORD) Contracted
To preform with Current Medical Standards Treatments, Care, proper,

                    [pg - 211]

Health and Safety practices. DR SHAH, ("SHAH") was DR Responsible For Plaintiffs Care Treatment, Health and Safety with Current Standards, Regulations of (Wexford) (IDOC). DR SHah provided ineffective treatments, Pain, And permant IRRELVERSABIE damages and Injure's to plaintiff (ReF. Records, Verdicts, Consults XRays) "AT All Times Relevant to the Events described Herein, THE Defendants Have Acted and Continue to Act under Color of STATE LAW and within Scope of His Employment. DR. V. SHAH is SUED in His Individual Capacity, and official Capacities.

11,    AT All Times Relevant to His Involvement in This Case. Defendant DR. TRoswych M.D. was Medical Director AT (WESTERN) AND FOR site (WEXFORD), (TRoswych DR) is employed By (WEXFORD), (IDOC) Contract, To Provide Current Health and Safety practices, CARE, TREATMENTS, Testing Approvals. DR TRoswych was personally DR For plaintiff And Responsible For mR Gilberts Safety - and - Health. CARE correct with Today's STANDARDS, Regulation, Policies, practice of (Wexford, and IDOC). DR Troswych Breeched That Care, TRUST, in Ineffective Care, Treatments, Causing Pain and Permant IRREVERSEABLE damages and Injures, "AT All Times Relevant to the Events described Herein, THE Defendants Have Acted and Continue to ACT UNDER Color-

[p 8 of 21]

of STATE LAW WITHIN THE Scope of His Employment, DR TRISWYCH IS SUED IN His Individual Capacity, AND official Capacities, For Unconstitutional policys, customs, by Weafees, For Health-Safety, AND WERE REASPONSIBLE FOR ENFORCING RULES, REGULATION, CARE, TREATMENTS WITH CURRENT medical STANDARDS yet CONTINUED TO PRESET personally INEFFECTIVE TREATMENTS KNOWN TO BE INEFFICENT. IN explicable DEVIATION FROM PROFESSIONAL MEDICAL STANDARDS,

12. AT All Times RELEVENT to HER INVOLVEMENT IN THIS CASE.

DEFENDANT: ASHCRAFT is Medical Administrator, Director, at (WESTERN) and a Employee of (WEXFORD), (IDOC) Contract. (ASHCRAFT) is personally RESPONSIBLE For Administer, policies, standards, HEALTH AND Safety UNDER CURRENT medical STANDARDS of CARE and TREATMENTS, Which WERE established by (Wexford) and (IDOC) guidelines For HEALTH and Safety, (ASHCRAFT) is also RESPONSIBLE For Ensuring "Collegial" REVIEWS with Corporate DR Ritz (WEXFORD) on who gets Testing AND Doesn't AT (WESTERN), THE Well Being and care properly is under AshCrAFTS Control, and RESPONSIBLE For INEFFECTIVE TREATMENTS, DENIALS of CRITICAL MEDICAL CARE, Pain along with PERMANENT IRREVERSEABLE Damages, INJURIES, PAIN to PLAINTIFF personally and Had FIRST Hand Knowledge of Risk, HARM, delays AND PARTICIPATION to CAUSE PAIN, denie RESOURCES- ARISES UNDER Ada Act, AT All Times RELEVANT to THE EVENTS HEREIN, THE DEFENDANTS HAVE ACTED and CONTINUE to ACT UNDER Color of STATE LAW AND WITH IN HER SCOPE OF Employeement, MRS ASHCRAFT IS SUED IN HER Individual Capacity, AND official Capacities,

[ p. 9-211 ]

13, AT all Times Relevent to Her Involvement in This Case,
DEFENDANT Nurse Practioner-(N,P) Britney Known AS what,
Formerly at (WESTERN) (N,P) Britney WAS Removed From
(WEXFORD) on Information and Belief For "Cause", INEFFECTIVE
TREATMENTS, DENIED CARE-TREATMENTS. (N,P) Britney personally
TOLD me That "X-RAY 104-19" WAS clear, Involved inconculise
"SPRAIN" WHICH WAS leARNED by DR TRUSWYCH WAS BROKEN,
N,P, Britney Caused Pain, Risk, and contributed to permerent
IRREVERSABLE DAMAGE-INJURIES Pain to PlainTiff personally.
"AT All Times Relevent to THE EVENTS HEREIN, The DefenDANTS
HAVE ACTED and Contive to Act UNDER Color oF State LAW AND
WIThIN Scope oF Her employment, MRS Britney IS SUED
IN Her Individual Capacity, (N,P) Britney NoT only participated
In Deprivations, SHE Caused deprivations Personally and with Malious Intent

14, AT All Times RelevenT to Her Involvement in This Case,
DEFENDANT NURSE PRACTioner Smith WAS AT (WESTERN) Facility-
Employees By (WexFord), (N,P, SMiTH) WAS Responsible For INEFFECTIVE
TREATMENTS, CARE, DENials OF THE (BREAK), TOLD "SPRAIN" From X-RAY 104-19
personaly to PlainTiff, (N,P, SMiTH) Caused contributed to plainTiffs
permerent IRREVERSABLE damage-INJURIES, PAIN, ON INFormation
Belief N,P, Smith WAS Removed For "Cause" in INEFFECTIVE TREATMENTS

$[$ p,10-211 $]$

Care required with Current Medical Standards and ^Policies ~~policies~~, Practice established by (Wexford) and (IDOC). At All Times Relevant to the Events described Herein, The Defendants Acted and Continue to Act under Color of State Law. MRS Smith is Sued in Her Individual Capacity. MRS Smith was acting within Scope of Her Employment.

15,          <u>Exhaustion of Administrative Remedies</u>

16.   Plaintiff Gilbert uses Prison grievance procedure available at Illinois (Western) Facilitie to Try and solve problem. On September 8th 2019 plaintiff Filed Emergency Grievance with Warden Watson per Illinois Administrative Remedies 20-504, and Prison Litigation Reform Act (P.L.R.A) and Inmate Manuel (Western). Over 42 detailed Notices, Demands, Exhaustion Sent Logs (Ref: IDOC Western US Mail Logs - Processes - Numbers - Index Tracker)

16, Plaintiff Exhaustion of Administrative Remedies were (A) Exhausted in a voluminous Amount of Requests, demands, "42" detailed Reliefs For Injuries, Pain, Denied Medical Care, Retaliatory Acts and Threats, "42 plus," writtings, Notices Defaults to date. (Ref: IDOC Logs Mail, Inero Mail For Court.) Non-Responses, Fabrications, misleading Conduct, "Available upon Request.) A updaft (65 pages to date Mail Index)

17. Plaintiff Recieved "No Response, Inaccurate Response, (Fabrications Western USATH) Denials As Untimely. Plaintiff Appealed, demanded Corrections, Responses, Relief And State As Follow:

DEFEDANTS AT ALL TIMES KNEW disabilities, severe Pain, surgeries only RESTRICTED Plaintiff more do to No Access, Support, Resources, Abilities,

*JA*
*BS,*
*LT written*
*Skills*

A. 9-5-19 Same letter, complaint greater Denied Medical, Threats, (SAH) Bladed Boxes, Injuries, Pain, Suffering'i Warden Watson others, (T. Goins, J. Vincent, K. Kestner clinical services), S, Funk chief ops,
D. White, MRS Welsh Director ARB. No Responses Turned Blind Eye.
OF HEALTH-SAFETY Concerns, Attacks, Injuries (JA-Western)

*Health*
*Safety*

*Denied*
*medical*
*3 request*

B. 9-8-19 Emergency Grievance Submitted Warden Watson, CC:
J. Baldwin, R. Jeffreys, D. white, MRS Welsh Director (Also Appealed) direct do to Denied medical, Threats Harm, Fabrications (Western), Injuries Pain. No Responses Ignored - "Head in Sand"

*Health safety*

C. 9-17-19 Emergency Grievance Return with "No Responses", directions, Plaintiff "Resent" Again to Warden Watson, T. Goins K. Kestner on why Returned with No detail. Not one Response Ignored, Hardships Costs Copies/mail, Health and Safety of Plaintiff,

D. 11-7-19 Sent Default Notice, Non Responses to Emergency Grievance dResent, (Warden Hammers) Copies, Exhibits, And Exhaustion of Remedies Compliance - Hardships Cost Copies/ Mail Costs. Health And Safety Denials Medical, p All Defents were Sent Copies.

REF:                    [ p.12.-211 ]

Health
Safety
Denied
Medical
Processing

E. On 11-17-19 I sent 3rd Notices, Copies of 9-3-19 (ER/EM/L) proof-services, Copies of Notices, demanded Response Relief of Injuries Pain, to be made whole. Notices of Exhausted Compliance per IL Adm. Code. 20-504, Warden Hammers, T. Goins, K. Keither clinical services along with all Defendants Involved in Harm. (Ref. Mail Logs Indexed - Index Grievances)

F. On 11-24-19 Again I sent Notices of Emergency Grievances Exhaustion Compliance, Defaults, Non Responses to Warden Hammers, T. Goins, Again Copies, Exhibits Notices of Defaults Again copies/ Hardships/mailcosts, Denied Health and Safety-Medical Care, Certain Defendants were Copied, sent Exhibits per Involvement, Need,

G. On 11-30-19 Again I sent Notices of Emergency Grievance Exhaustion of Remedies - Compliance Default - Notices Again Copies Hardship/Costs/Mail T. Goins, Warden Hammers, Denied Medical. (All Dates, were sent detailed Notices, Harm, Relief, Deadlines, Defaults Noted)

H. 12-12-19   Warden T. Goins, Juivenet  Health Safety Denials #24 Total Notices
12-22-19   AG's, ARB IDOC HQ R. Jeffries Director (Health Safety) #27-Total
12-30-19   K. Westner Cancelor Why Ignoring Not one Response #24 Total
1-15-20   A. Rampage Western Health Services Inc (Exhaustion) #12 Total
3-4-20   J. White Sec. State Gay Leader. Fabrications (Western) #15 Total
3-8-20   C. Lindsey Deputy Chief Legal IDOC HQ Notices #16 Total
3-11-20   IA LT Maher, Hammers, S. Funk, Westher, Notices #24 Total
3-13-20   R. Jeffreys IDOC HQ Dir., Retaliating Acts Grievances #24 Total
3-18-20   8th Notices Defaults Exhaustion None Responses - All Defendants

☆ Injuries #

[p. 13-217]

3-23-20   J. Ebbitt  Wexford Health Services Inc  Notices of Defaults, Resolve, #4 total
Exhaustions, (Director Legal Affairs - Rail manager). Denied Medical Care, Safety, Health

4-1-20   AG's office Exhaustion Notices, Fabrication Public Notices #24 total
Tigers, IA, Wanda Watson, J. Baldwin, Smith, Britney, others let go.

4-20-20   IDOC HQ - ARB - R. Jeffries, J. Eilers, A. Williams, White, Welsh. #27 total

4-26-20   IDOC HQ - ARB - R Jeffreys, ARB 28 Exhibits, Copies Costs,  "  "

5-1-20   IDOC - IDOC HQ ARB - Jeffreys, Ashcraft, Notices Denials.  "  "

5-6-20   IDOC Hammers, Jeffries, J. Eilers, A Williams Copies Exhibits  "  "

5-10-20   Sec of State  J. White  4th Letter detail Complaint - Grievances. #15 total

5-18-20   Wexford Health Services Inc  J. Ebbitt  3RD Notice Default. #4 total

* (#'s Based on Being sent Copies, Exhibits, Arbitration Notices, No objection)
OVER * 42 mailings. Plaintiff stop writing for cost at 5-18-20
do to "Excessive detail pages" needed. Plaintiff went above
and beyond Grievance process to Resolve in good faith.
* (#42 Based on start of Injuries 6-5-19 through 5-18-20 Index Mail LLC)

18, Defendant's Cost Severe Hardships, debt, Punishments, (causes)
Restrictions, Retaliatory Acts, threats, Harm, do to
Volumious Amount of writings detailed each Time and
Tracked By! IDOC wce Western Mail Logs, Index Mail
done for Court Convenience, As Defendants are well aware of,
Plaintiff provide duplicates a Volumious Amount of Times, And
Logs - Mail at great Cost. [ petition To All Defendants This Debt.
[ P.14 - 21 ]

19. Plaintiff RAN up Trust debt of $1,009.10 - ONE Thousand NiNE dollars AND NINE CENTS For Copies, MAil Costs, Exhibits to Exhaust Administrative Remedies per FL Adm Code 20-504. (PLRA), which does NOT Take Account For HARDShips- debt to Try to Exhaust (9/8/19) Those Remedies In good Faith. Now Court Has to Decide.

20. IDOC WESTERN Took Advantage of Ada-SMI disabled Medical Lay person AND Turned "Blind Eye" to urgent NEED For Health AND Safety. Denied Medical, Service Pain Relief at Time, AND ongoing. Credability of Staff
Blantly
Was Bloff shown By $1,009.10 IN Copies / Mail Costs Notices
(RETAliToRy Acts - HARM - Phunishment - Bullying To DATE 5/26/30 Last incident Took Crutches #2)

21. Court, DEFENdANTS ShoUld BE Excited to SEE The "64 pages" of Mail Index Doc WESTERN which will BE AvailAble to Court, Defendants Again (Sent prior copies) upon Requests, AND Copies, Approval must Be given on such A Large document (Restrictions Doc Western Caused By Them)
IF Court Requires or Defendants Again per Order to Western WARDEN, Gazing

22. Plaintiff Fully "Exhausted Administrative Remedies" AND still Continues to This Day In good Faith to Avoid duress, Costly Litigation, S, Court Time, Damages, Injuries Continues AND Request Court to Demand Arbitration to Defendants.

[ p. 18-21 ]

## Factual Allegations

23. On September 3rd 2019 Plaintiff Had 2nd Surgery Major (Testicles (Groin-Prostate Area) SIU Hospital Specialist Dr. Nard's Surgeon Urology. Plaintiff was in Servere Pain and on Medical Lay In Dr's Orders, Cell House (4) Cells/Single Cell For Safety-Security. (Ref Surgery Files - History * Adrssmt disability)

24. On 9-5-19 Plaintiff was ordered to IA personally By Correctional officer Bubble 4 House. In Extreme pain suffering I got dressed and was forced to "WALK" to Foyer 4 House (entrance) I Explained I just had Surgery on Medical Lay In, in Servere Pain, Trauma to officer Bubble 4 House, CO stated "its Not Me, officer Setties-Ltmaher ordered" "IF you Refuse you'll get Ticket And Seg Time Immediatly. I Tryed Walking and was Very upset, do to Increedible Pain, Ltmaher IA Knew I Had Major, Surgery, Risk of Harm, And Ignored Medical Lay In Dr's (Reported Warden, Officials, REF: Mailloge Idol Wcc) Cumplaint-Tro Cuart * (9-8-19)

25. As To Claim # 24, 4-House was Fartest House From IA End Building Seg/Recieving. It was estimated "1/4 one Quarter" of a mile of Hell, I Felt wetness, warm draining wounds From Walking I didn't want to stop Fearing I Would Collapse Again. I was disoriented, (FDG) and Pain was Very Hard to Bear. Defendant Knew Risk, [p 15 21] Harm, with Malicous Intent (* Prior Assaults Fbea, staff Beating Western Investigations USAtty FBI)

26. As To Claim #25, I ~~STABLED~~ STUMBLED on ~~WALK~~ WALK several Times and Twisted Ankle, Feeling "pop" and Igdoring That Pain. My Legs Felt like Rubber and very Heavy. I Limped into IA Building (Western) after 20-30 minutes (BI) I couldn't Catch my Breath at First, Heart racing. I Felt very Hot-(B/P) and Wetness - (Later Learned "Blood" Stains Hands Drain. Tear) From walking #24 plus Hours after Major Surgery SIU (They Knew) (Harm, Unneccary Wanton Inflition of Pain, Torture-Trama to plantiffs Health and Safety)

27. Plantiff Arrived at office Kiosk Area IA, officer Settles yelled "Come In Gilbert." I Stood in Center to get my Balance asked to Stand do to Pain, Wetness - Blood Fear Leaking. officer Settles ordered me to sit down Now! I Complied out of Fear, Seg, Torture. Told me under Investigation, I stated "I Just Had "Major Surgery", and I was in "Severe Pain", Leaking" officer Settle stated "we know all about Gilbert." I Need to go to "Medical," I Again told Settles louder/& Another Heard "10 Feet" away desk, Denied critical Health and Safety Care.

28 As To Claim #27, officer Settles Said "your on air Time Gilbert" you can Sign up For "Sick Call" in Cell Hall (4) Like Everyone Else, in Hostile Tone, Disbelies To Tod I Just Tried to get Through Another Attack, Denieing Medical Attension Again. My Shorts where ~~Went~~ Wet, in Pain (Blood) (※ Blood Pressure 15B/101 Average) [p. 13-21] "They Acknowledged Knew."

As to Claim #28,

29. Officer Settles Defendant's stated Investigation then I was in (Fog) disoriented when he said "Fucker Gilbert"!! you Hear ME" "your going to Go to Seg, Again" I Just Nodded with Blank STAIR. Officer Settles says I Had to Sign "Blue Forms", And "IDOC Memo" to show He Talked with ME, I said I can't right now, He said you refuse, I'll Have LT. Matta Sign For You! Threat of Torture, Pain, Trauma.

30. Plaintiff Again Asked to Call Medical So I Can go, do(#3) to Pain, Red Face, I was "leaking" And told Him "blood on cheek"!! Officer Settles told me to get out In Hostle Tone And go Right Back to Cell Haze Now! I limped out shaky. Back to H-House, in Horror, Pain, Suffering, I don't know how I got Back, But Collapesed Into Bed Fully clothed Again passed out do to Body Exhausted SHUT DOWN, Denied Medical, (4 Times)

31. Later That Night Plaintiff missed "Chow Lines", do to (Food) Sleep, Pain, undressed some soiled Clothes ("Blood Stains") pants, Boxers, Wound Areas Blooded do to Theses Walking Pain, I cleaned my self Put Boxers in Bag, Then Envelope Manilla 11x14 And Sealed shut Health Safety And Began to write a "5-Page" detailed Letter of Events, Pain, Suffering, * (Threats, Bullying, [p.18-21]] Ada: Smt Invidous discrimination)

malious Intent to Harm me Truly known by Both L.T. mather, Officer
Settles, THey knew Risk For my Health and Safety Severe Pain.
I got "5 page Letter" Notorized, "Boxers Blooded" and Sent
To L.T. Mather in Sealed envelope Asking to log as evidence
c/o to Events, and TRAUMA I WENT THrough and cc's,
Warden Watson, S Frank, J Baldwin, S. Sims Told director IA Jail HQ
(Ref: "Jail mail Loss," Index mail, Notaries, Proof Service no 16 Bk)
"Pain Suffering served "NO Penological PURPOSE 8th Amend-"
(On Information Belief, Everything of Gilberts Evidence WAS Fabricated (RED SAttg))


32.    Plaintiff Filed detailed "Emergency Grievance" of Events with
(9-8-19) Warden Watson. per Il Admy Code "504, I wrote grievances'
do to malious Intent, knew I Had Surgery "knew Risk of Harm, Pain,
Suffering, Plaintiff was made to walk under medical layin, denied
critical Medical care, officer Settles, Mather, Also Plaintiff suffered
Additional Injuries right "Ankle Foot injured" Pain and Suffering
"Served No Penological Purpose," Emergency Grievance was Set
in Sealed envelope, Addressed to Warden urgent Respond, Inmate
mail slot N Hare, Proof Service used Again do to consistent Defaults,


33.   On 9-10-19 Seen dr Taswych medical Pass at (Appeal)
11:45 am (EST.) (Western) Medical. DR Taswych was doing Follow up-
[ p19-21]

For 9-3-19 Surgery (Testicle, brain, Prostate). Plaintiff was in extreme Pain
And Swollen OR Treswych Right Foot, Ankle from 9-5-19 event Told
(DR) and Fact I Now couldn't put any weight on Foot do to Pain, (10)
DR. Treswych thought Blood Clot in Legs, I Told (DR) that I felt
Pop in Ankle on 9-5-19, then Severe shooting Pain. DR Treswych Talked
with mrs mindy MED Furlough, Sent to Sara Culbertson Clinic For
Doppler Test (ultra Sound Legs) at 3pm on 9-10-19. I asked
For X-Ray DR. Treswych said not needed. Upon Return Sent Back
to Hd House, I requested Crutches - Aides - (limping Pain) denied
Again DR Treswych, Nurses, Stated didn't Need. Stop Complaining!


24. on 9-13-19 Plaintiff Submitted Sick Call Request (Log) urgent Kyte
(detail) of Right Foot - Ankle 3 Times the size (est.), Severe Pain.
Couldn't sleep, Nausea, Sent notices to Nurse Doyle, (N.P) Smith,
mrs Ashcraft medical director For urgent Help, couldn't walk- Pain (#10)
Defendants Had full knowledge of Pain, 9-3-19 Surgery, 9-10-19
Visit (Appeals Sign off wexford) Knew Risks, Harm, Severe Pain
and delayed Care Treatment - Ignored Requests. Sick Call
(IDOC/Wexford) Policy, 24 Hr Response Mandate, Seen within "3"
days of Request. Denied "Crutches", Support Again, Ada-SMI Status,
Access, Aides.

[p 20-21]

35, On 9-15-19 I assines Scireo log Sick Coll Forms 4-Hour, officers wasn't Call Medical ankes dieing Tain, Plaintiff also Sent "Emergeny" Letters detailes of Everts MON Responses (Test) - X-Ray Request (C Mrs Ashcraft, mrs Doyle DR RN, N.P. Smith, DR. Treswaych M.D Westers) The Extreme Pain caused me to miss meals, can not walk do to Pain forces, refuses to Feed in House ("Medical Lay In") IL. Adm Code 400-500's AD's, DR's, ID's Ano Jdou practice ct All Facilities too on Medical, On Information and Belief (Foods proviser), (Stateo Western Stopped).

36, Plaintiff Feared by discolored Foot, Huge Lump on Right Side of Ankle and Pain was Extreme For Me Almost crying at Night. Again I Submitted Sick Call line, Requests - per [3rd] Rules (24 hrs Response. Seen By Qualifies Medical Person within 3 -days) IL Adm Code 20 Medical Directives Jdou Wexford HealthServers Inc. In Mail (Inmate Box 4-D House (Per: Video Cameras, logs, Sign sheets) NON Compliance, Health Ano Safety,

37, On 9-17-19 Recieves Warden Watson "Emergecy Grievance" Returnes with Post it (Yellow) States "DENIED", With NO Reason, No Explanation, I Immediatly Resent Brik to Warden Watson ano Wrote I beis on why is she Retaining Emergony greieuacs (Grievance officer Western) [p. 20-21] Ano Holding Till Expire,

Unsigned? Not reviewed cno urgent need do to Severe Pain Ankle,
Blood, concerns, Evidence critical to Incidation 9-5-19,
I Again detailed Notices, Timelines, #2 Adm Code 20-584
Exhaustion of Remedies, direct Appeal to ARB doto None
Responses, direction, Support do to disabilities, Injuries,
Pain, Medical Need T.Goins Has only Paioved one Response
during Timeline, Never objecting to Anything Recieued #24 TOTAL
Times, Copies, Exhibits, detail, Exhaustion Notices, Referenced parts
* (Ref: Jail mail, Copies, legal mail Logs # 11,009, 10 TOTAL dated 9-8-19-9-5-19 TTD)

        ADD p 22 TOP earlier detail Severe Health Cir paragraphs

38.  On 9-18-19 Plaintiff was Seen by Dr Treswych Health
unit (Western). Dr Treswych States " Doppler Negative". Asked
about Severe Pain (10+ ☹) Said Just to Keep watching,
Told couldn't put weight (Full weight) limping. I asked for
" X-Ray since in there Western, Said No you Just Had Testing All
cannot spend All This money "Mr Gilbert". No walking Aides-Crutchs,
as Requested, dismissed Back to cell there, Tylenol given. (ADA SMI)



39  On 9-20-19 Plaintiff was Finally called to Sick Call-Health
unit (Western) B/p Blood Pressure 150/90 very High do to Pain Levels
(Hypertension-Heart Chronic). Explained to Nurse Pain, No weight —
              [p 22-211]